# MINUTE ORDER

Page 7

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor            Date: 7/8/24      Time: 2:00 p.m.

Defendant: 1.Bryan Tochon            J#: 12520-506      Case #: 24-3335-MJ-GOODMAN

AUSA: Robert Moore            Attorney: AFPD – Marissa Taney

Violation: Drug Smuggling            Surr/Arrest Date: 7/6/24      YOB: 1995

Proceeding: Initial Appearance            CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No      Recommended Bond:

Bond Set at:            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
*Provisionally Appointed AFPD*

Defendant advised of rights and charges

Defendant sworn; AFPD appointed

***STIP PTD w/right to revisit (no hrg. held); Court sets***

*Brady order requested*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:       Time:         Judge:              Place:

Report RE Counsel:

PTD/Bond Hearing:

**Prelim/Arraignment:**         7/22/24      10:00 a.m.      **Duty/Miami**

Status Conference RE:

D.A.R. 15:10:43                Time in Court: 6 mins

s/Lauren F. Louis                           Magistrate Judge